# EXHIBIT 2

# INTL·FCStone®

1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116, USA
Tel. (816) 410-7145 Fax (816) 741-8895
www.intlfcstone.com


September 12, 2018

Agro Santino OOD
5, Slavyanska Str., Fl. 4
Sofia, 1000
Bulgaria
Attn: Stanislav Georgiev
Phone: +359 2 937 60 70
Email: stanislav@3artfood.bg


Re:   **Notice of Event of Default and Early Termination Date under the Terms of Business between INTL FCStone Markets, LLC ("IFM") and Agro Santino OOD ("Agro"), dated September 12, 2017 (the "TOB").**

Dear Sir:

IFM is providing this notice to Agro because an Event of Default exists under the TOB due to a failure to make a Variation Margin payment of $1,332,195.19.

Please be advised that an Early Termination Date of September 14, 2018 has been set with respect to all Transactions outstanding. IFM reserves the right to rescind such designation if Agro makes payment prior to the Early Termination Date; provided, however, that any payment, whether partial or complete, by Agro will not require IFM to rescind such designation.

Please do not hesitate to contact the undersigned in the event you have any questions related to this notice.

Sincerely,

*/s/ Dan Patalano*

Dan Patalano
Legal Counsel

# INTL FCStone

Commodities · Global Payments · Foreign Exchange · Securities

**Daily Statement**
11-Sep-2018

INTL FCStone Markets, LLC

230 South La Salle Street, Suite 10-500
Chicago, IL 60604

Agro Santino OOD

s. Totleben,
st. Paisij Hilendarski N.20
s. Totleben, 5899
Bulgaria

Account Number: ▮1822

## Open Positions and Market Values

### Commodity Open Positions

| Trade Date | Trade Id | Global Id | Long | Short | Contract Description | Start Date | End Date | Ref Month | Trigger/Barrier | Trade Price | Market Price | Native MV | MarketValue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Jun-2018 | 2158742 | 0 | 60.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.9375 | 3.5525 | | ($115,500.00) |
| 04-Jun-2018 | 2159520 | 0 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.9225 | 3.5525 | | ($55,500.00) |
| 07-Jun-2018 | 2183258 | 0 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.885 | 3.5525 | | ($49,875.00) |
| 14-Jun-2018 | 2234443 | 0 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.7625 | 3.5525 | | ($31,500.00) |
| 14-Jun-2018 | 2234919 | 0 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.75 | 3.5525 | | ($29,625.00) |
| 14-Jun-2018 | 2235434 | 0 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.74 | 3.5525 | | ($28,125.00) |
| 09-Aug-2018 | 2580886 | 0 | 60.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.7025 | 3.5525 | | ($45,000.00) |
| 24-Aug-2018 | 2679623 | 0 | | 100.00 | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.485 | 3.5525 | | ($33,750.00) |
| 24-Aug-2018 | 2679913 | 0 | | 60.00 | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.49 | 3.5525 | | ($18,750.00) |
| 24-Aug-2018 | 2684187 | 1630204 | 30.00 | | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.90 | 3.5525 | | ($52,125.00) |
| 27-Aug-2018 | 2689580 | 0 | | 140.00 | CBOT Corn Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $3.4675 | 3.5525 | | ($59,500.00) |
| | | | | | | | | | Long Avg | $3.824 | | | |
| | | | | | | | | | Short Avg | $3.4778 | | | |
| | | | 300.00 | 300.00 | | | | | | | | | ($519,250.00) |
| 20-Aug-2018 | 2643501 | 0 | 50.00 | | CBOT Corn Euro Swap USD/BU | | 14-Dec-2018 | DEC-18 | | $3.7525 | 3.6675 | | ($21,250.00) |
| 27-Aug-2018 | 2689584 | 0 | | 50.00 | CBOT Corn Euro Swap USD/BU | | 14-Dec-2018 | DEC-18 | | $3.6125 | 3.6675 | | ($13,750.00) |
| | | | | | | | | | Long Avg | $3.7525 | | | |
| | | | | | | | | | Short Avg | $3.6125 | | | |
| | | | 50.00 | 50.00 | | | | | | | | | ($35,000.00) |
| 30-Jul-2018 | 2519576 | 0 | 240.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.9138 | 8.3175 | | ($715,560.00) |
| 10-Aug-2018 | 2589043 | 0 | 50.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.6937 | 8.3175 | | ($94,050.00) |
| 13-Aug-2018 | 2600626 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.6575 | 8.3175 | | $170,000.00 |
| 14-Aug-2018 | 2606240 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.7275 | 8.3175 | | $205,000.00 |
| 16-Aug-2018 | 2623154 | 0 | | 90.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.861277 | 8.3175 | | $244,699.65 |
| 16-Aug-2018 | 2623923 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.9675 | 8.3175 | | $325,000.00 |
| 16-Aug-2018 | 2625053 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.9475 | 8.3175 | | $315,000.00 |
| 20-Aug-2018 | 2641956 | 0 | 100.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $9.0425 | 8.3175 | | ($362,500.00) |
| 20-Aug-2018 | 2642067 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $9.05 | 8.3175 | | $366,250.00 |
| 20-Aug-2018 | 2642508 | 0 | 100.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $9.05 | 8.3175 | | ($366,250.00) |
| 20-Aug-2018 | 2642524 | 0 | 100.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $9.005 | 8.3175 | | ($343,750.00) |
| 21-Aug-2018 | 2653493 | 0 | 590.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.875 | 8.3175 | | ($1,644,625.00) |
| 22-Aug-2018 | 2659743 | 0 | 300.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.8325 | 8.3175 | | ($772,500.00) |
| 22-Aug-2018 | 2660913 | 0 | 100.00 | | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.72 | 8.3175 | | ($201,250.00) |
| 23-Aug-2018 | 2671272 | 0 | | 250.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.55497 | 8.3175 | | $296,837.50 |
| 24-Aug-2018 | 2677827 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.575 | 8.3175 | | $128,750.00 |
| 24-Aug-2018 | 2678788 | 0 | | 100.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.60 | 8.3175 | | $141,250.00 |
| 24-Aug-2018 | 2679599 | 0 | | 150.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.586066 | 8.3175 | | $201,424.50 |
| 27-Aug-2018 | 2689600 | 0 | | 390.00 | CBOT Soybeans Euro Swap USD/BU | | 14-Nov-2018 | NOV-18 | | $8.4607 | 8.3175 | | $279,240.00 |
| | | | | | | | | | Long Avg | $8.8872 | | | |
| | | | | | | | | | Short Avg | $8.6559 | | | |
| | | | 1,580.00 | 1,580.00 | | | | | | | | | ($1,827,033.35) |
| 17-Aug-2018 | 2633469 | 0 | 120.00 | | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $333.10 | 316.20 | | ($202,800.00) |
| 20-Aug-2018 | 2642552 | 0 | 50.00 | | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $331.10 | 316.20 | | ($74,500.00) |
| 21-Aug-2018 | 2650974 | 0 | 50.00 | | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $329.10 | 316.20 | | ($64,500.00) |
| 21-Aug-2018 | 2651979 | 0 | 50.00 | | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $328.10 | 316.20 | | ($59,500.00) |
| 23-Aug-2018 | 2671265 | 0 | | 50.00 | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $317.668 | 316.20 | | $7,340.00 |
| 27-Aug-2018 | 2689604 | 0 | | 220.00 | CBOT Soybean Meal Euro Swap USD/ST | | 14-Dec-2018 | DEC-18 | | $311.1668 | 316.20 | | ($110,730.40) |
| | | | | | | | | | Long Avg | $331.063 | | | |
| | | | | | | | | | Short Avg | $312.3707 | | | |
| | | | 270.00 | 270.00 | | | | | | | | | ($504,690.40) |
| 17-Aug-2018 | 2632157 | 0 | | 50.00 | Euronext Milling Wheat Euro Swap EUR/MT | | 10-May-2019 | MAY-19 | | 216,00 € | 204,50 | 28 750,00 € | $33,370.13 |
| 23-Aug-2018 | 2669350 | 0 | | 50.00 | Euronext Milling Wheat Euro Swap EUR/MT | | 10-May-2019 | MAY-19 | | 207,00 € | 204,50 | (6 250,00 €) | ($7,254.38) |
| | | | | | | | | | Long Avg | 207,00 € | | | |
| | | | | | | | | | Short Avg | 216,00 € | | | |

**INTL FCStone**
Commodities · Global Payments · Foreign Exchange · Securities

**Daily Statement**
11-Sep-2018

INTL FCStone Markets, LLC

230 South La Salle Street, Suite 10-500
Chicago, IL 60604

Agro Santino OOD

s. Totleben,
st. Paisij Hilendarski N.20
s. Totleben, 5899
Bulgaria

Account Number: ▮822

| Trade Date | Trade Id | Global Id | Long | Short | Contract Description | Start Date | End Date | Ref Month | Trigger/Barrier | Trade Price | Market Price | Native MV | MarketValue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 50.00 | 50.00 | | | | | | | | 22 500,00 € | $26,115.75 |
| 22-Aug-2018 | 2659747 | 0 | 50.00 | | CBOT Wheat Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $5.29845 | 4.9375 | | ($90,237.50) |
| 23-Aug-2018 | 2671231 | 0 | | 50.00 | CBOT Wheat Euro Swap USD/BU | | 14-Sep-2018 | SEP-18 | | $5.206 | 4.9375 | | $67,125.00 |
| | | | | | | | | | Long Avg | $5.2984 | | | |
| | | | | | | | | | Short Avg | $5.206 | | | |
| | | | 50.00 | 50.00 | | | | | | | | | ($23,112.50) |
| | | | | | | | | | | | | | ($2,882,970.50) |

# INTL FCStone
Commodities · Global Payments · Foreign Exchange · Securities

**Daily Statement**
11-Sep-2018

INTL FCStone Markets, LLC

230 South La Salle Street, Suite 10-500
Chicago, IL 60604

Agro Santino OOD

s. Totleben,
st. Paisij Hilendarski N.20
s. Totleben, 5899
Bulgaria

Account Number: ▇1822

## Account Information

Margin Call-Funds Due. Please see below

| Currency | FX Spot Forward Exposure | Cash Beginning Balance | Commission | Net Profit/Loss | Other Cash Movements | Cash Ending Balance | Market Value of Open Positions | Unsettled Premiums | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|
| USD | | (859,413.36) | 0.00 | 0.00 | 0.00 | (859,413.36) | (2,909,086.25) | 0.00 | |
| EUR | | 2 076 766,20 | 0,00 | 0,00 | 0,00 | 2 076 766,20 | 22 500,00 | 0,00 | 1.160700 |
| | ($313.86) | | | | | | | | |

### Total Converted

| Currency | USD |
|---|---|
| Cash Beginning Balance | $1,551,089.17 |
| Commission | $0.00 |
| Net Profit/Loss | $0.00 |
| Other Cash Movements | $0.00 |
| Cash Ending Balance | $1,551,089.17 |
| Market Value of Open Positions | ($2,882,970.50) |
| Unsettled Premiums | $0.00 |
| Net Liquidating Value | ($1,331,881.33) |
| Variation Margin | $0.00 |
| Variation Margin Excess/Deficit | $0.00 |
| Initial Margin | ($313.86) |
| Initial Margin Excess/Deficit | $0.00 |
| Margin Call | ($1,332,195.19) |
| Margin Aging | 16 |
| Withdrawable Funds | $0.00 |
| Minimum Transfer Amount | $0.00 |
| Rounding | $0.00 |
| Funds Due | ($1,332,195.19) |

## Disclaimers



**INTL FCStone**
Commodities · Global Payments · Foreign Exchange · Securities

INTL FCStone Markets, LLC

230 South La Salle Street, Suite 10-500
Chicago, IL 60604

**Daily Statement**
11-Sep-2018

Agro Santino OOD

s. Totleben,
st. Paisij Hilendarski N.20
s. Totleben, 5899
Bulgaria

Account Number: ▉822

The MTM Price ('the daily mark') found on your statement may not necessarily be a price at which INTL FCStone Markets or you would agree to replace or terminate the swap. Calls for margin may be based on considerations other than the daily mark provided on the statement. The daily mark may not necessarily be the value of the swap that is marked on the books of INTL FCStone Markets