

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jeffrey D. Rotenberg
Jeffrey.Rotenberg@dlapiper.com
T  212.335.4556
F  917.778.8556

August 10, 2020
*VIA ECF*

The Honorable Judge Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Intl FCStone Markets, LLC V. Agro Santino OOD, No. 1:20cv2658

Dear Judge Furman:

We represent the Plaintiff Intl FCStone Markets, LLC, in the above-referenced matter.  We write in response to Your Honor's June 15, 2020, Order (Dkt. 11) and respectfully request in accordance with Your Honor's Individual Rules of Civil Practice Rule 1(E) an adjournment of the initial pretrial conference, which is currently scheduled for August 27, 2020, at 3:15pm.  Plaintiff has previously requested one adjournment.

As explained in our letter of June 12, 2020 (Dkt. 10), the Defendant in this action, Agro Santino OOD, is a Bulgarian company.  We continue to await confirmation from the Bulgarian Ministry of Justice of service of process on Agro Santino under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "**Hague Convention**").  Bulgaria requires that service be effected under a strict procedure and the highest level of formality under Article 5(a) of the Hague Convention whereby service can only be effected through the Bulgarian Ministry of Justice.

Accordingly, Plaintiff respectfully suggests that the initial pretrial conference be adjourned 60 days to on or about October 26, 2020.

Respectfully submitted,

*/s/ Jeffrey D. Rotenberg*

Jeffrey D. Rotenberg

Application GRANTED.  The initial conference currently scheduled for August 27, 2020 is RESCHEDULED to **November 5, 2020** at **3:45 p.m.**  The Clerk of Court is directed to terminate ECF No. 12.  SO ORDERED.

August 10, 2020