# Exhibit 1

# evgeniy@3artfood.bg

| | |
|---|---|
| **From:** | Stanislav Georgiev <stanislav@3artfood.bg> |
| **Sent:** | 18 септември 2017 14:59 |
| **To:** | 'Ivo Evgeniev'; 'Spas Shopov'; 'Hauptmann Karl Heinz'; 'Krassimir Katev'; 'Venka Sandulova'; 'Daniel Aleksandrov'; evgeniy@3artfood.bg; kdikov@gmail.com; 'A'; lm@telelink.com; kirk_alex@yahoo.com; 'Ivo Dimitrov' |
| **Cc:** | 'Margarita Popova'; 'Mladen Antonov'; 'Stanislav Georgiev' |
| **Subject:** | GMS: Agro Santino - hedging line |
| **Attachments:** | Minutes Santino 13Sept_17 FCStone.docx; INTLFCStoneAccountApplication.pdf; IRS Form W-8BEN-E-Agro Santino Ltd-Bulgaria-v2-09-11-2017.pdf |

Dear shareholders,
As you probably know we are facing another year of low market prices of grains and oilseeds. We have been facing this challenge mainly by taking long physical positions, closely watching the market and trading with a reasonable circle of reputable buyers.
We are looking for further alternatives to reduce global commodity market risk through hedging and getting closer to the end user.

As a result we are proposing herewith to open a hedging account with INTL FCStone, Inc., a reputable international financial services company dealing with commodities. The company is a Fortune 500 financial services company, with an annual turnover of over $14bn and equity of over $400mn. https://www.intlfcstone.com/ Among all other services, INTL FCStone provides swaps and OTC account hedging services. They are not only a platform for access to the commodity market but also a professional designing structured derivative products and tailored hedging strategies. Amongst all others they cooperate with Bulgarian companies.

We plan to use derivatives only to hedge the physical positions but not speculation.
This line of Agro Santino is intended to cover both the physical positions of Agro Santino and Agro Santia avoiding opening of a second account.

Referring to the above written I kindly ask to approve and further support (where needed) the opening of the hedging account with INTL FCStone, Inc.

We will take care of collecting your physical signatures.

We are attaching herewith the draft minutes of the General Meeting of Shareholders and account opening form for reference.

Best regards
Stanislav



Stanislav Georgiev

CEO

Sofia 1000
5 Slavianska Str.
T: +359 2 937 60 70
M: +359 89 453 99 98
F: +359 2 937 60 80
stanislav@3artfood.bg
www.3artfood.bg