# Exhibit 4



# SOFCONSULT

**SOFCONSULT-1 LTD.**
**TRANSLATION AGENCY;**
40 IVAN VAZOV STR., 1000 SOFIA, BULGARIA
TEL. /+359 2/ 981 71 82; 0888 865 240

---

*Translation from Bulgarian:*

Margarita Popova

| | |
|---|---|
| From: | Margarita Popova margarita@3artfood.bg |
| Sent: | 27th September 2017    12:22 |
| To: | Svetlana Terzieva |
| Cc: | Stanislav Georgiev |
| Subject: | RE: BED / GMEI Utility – Registration complete |
| Attachments: | INTLFCStoneAccountApplication signed.pdf; IRS From W-8BEN-E-Agro Santino Ltd.signed.pdf; ID Stanislav Georgiev.pdf; ID Mladen Antonov.pdf; page 11 Assets Management EAD.pdf; page 11 Foundation Alexandrea.pdf; page 11 Skylark Capital Ltd.pdf; page 11 Vets Hubavene AD.pdf; page 11 EMA CAPITAL EOOD.pdf; certificate of good standing AGRO SANTINO ltd.pdf; LEI number.pdf; Minutes Santino 18Sept_17 FCStone (2).docx |

Dear Svetlana,

Please, find attached the duly signed documents, copies of the identification documents of the shareholders, the certificate of good standing, the LEI number of Agro Santino Ltd. All shareholders of Agro Santino had taken resolution concerning opening the account and the sales, whereas I am going to forward the duly signed minutes either until the end of the day or tomorrow. The attached currently file is without the signatures.

I will send the originals today with DHL, addressed as follows:
INTL FCStone Limited
NASDAQ ("INTL"), Moor House, 1st Floor, 120 London Wall, London EC2Y 5ET, + 44(0)2035806147

Kind regards,
Margarita

*The undersigned Margarita Angelova Stefanova, certify the fidelity of the translation from Bulgarian in English of the attached document. Translation is of 1 page.*
*Translator: Margarita Angelova Stefanova*



**Margarita Popova**

| | |
|---|---|
| **From:** | Margarita Popova <margarita@3artfood.bg> |
| **Sent:** | 27 September 2017 12:22 |
| **To:** | 'Svetlana Terzieva' |
| **Cc:** | 'Stanislav Georgiev' |
| **Subject:** | RE: BED/GMEI Utility - Registration Complete |
| **Attachments:** | INTLFCStoneAccountApplication signed.pdf; IRS Form W-8BEN-E-Agro Santino Ltd signed.pdf; ID Stanislav Georgiev.pdf; ID Mladen Antonov.pdf; page 11 Assets Management EAD.pdf; page 11 Foundation Alexanrea.pdf; page 11 Skylark Capital Ltd..pdf; page 11 Vets Hubavene AD.pdf; page 11 EMA CAPITAL EOOD.pdf; certificate of good standing AGRO SANTINO ltd..pdf; LEI number.pdf; Minutes Santino 18Sept_17 FCStone (2).docx |

Здравей, Светлана!

Изпращам сканирани подписаните документи, копия от лични документи на съдружниците, удостоверението за актуално състояние, LEI номера на АГРО САНТИНО ООД. Всички съдружници на АГРО САНТИНО са взели решение за откриване на сметката и продажбите, като този протокол ще изпратя подписан днес до края на деня или утре. Засега го изпращам неподписан.

Оригиналите изпращам **днес с DHL на адрес: INTL FCStone Limited**
NASDAQ ("INTL"), Moor House, 1st Floor, 120 London Wall, London EC2Y 5ET.   +44 (0) 203 580 6147.

Хубав и успешен ден!
Маргарита

Протокол от решения на Общото събрание на съдружниците на „АГРО САНТИНО" ООД/
Minutes from resolutions of the General Meeting of the shareholders of AGRO SANTINO LTD.

September 18, 2017

| | |
|---|---|
| **ПРОТОКОЛ ОТ РЕШЕНИЯ НА ОБЩОТО СЪБРАНИЕ НА СЪДРУЖНИЦИТЕ НА „АГРО САНТИНО" ООД** | **MINUTES FROM RESOLUTIONS OF THE GENERAL MEETING OF THE SHAREHOLDERS OF AGRO SANTINO LTD** |
| Днес, 18.09.2017 г. в град София, на основание ТЗ и дружествения договор на „АГРО САНТИНО" ООД, със седалище и адрес на управление: област Плевен, общ. Пордим, с. Тотлебен, ул.. Паисий Хилендарски № 20, вписано в Търговския регистър при Агенцията по вписванията под ЕИК № 114673310, представлявано от управителите Станислав Горанов Георгиев и Младен Красимиров Антонов, на основание чл. 17 от Дружествения договор и във връзка с чл. 139, ал. 2 от Търговския закон (ТЗ), се взеха настоящите решения неприсъствено, като съгласието си заявиха писмено всички съдружници, а именно: | Today 18.09.2017 a meeting of the shareholders of **AGRO SANTINO OOD,** UIC 114673310, with seat and registered office: Pleven District, Pordim Municipality, 5899 Totleben, 20 Paisii Hilendarski Str., represented by Stanislav Goranov Georgiev and Mladen Krasimirov Antonov in their capacity of Managers on the grounds of Art. 17 of the Articles of Association in relation to Art. 139, Para 2 of the Commercial Act (CA) all shareholders took the following decisions without attendance but in concurrence in writing, namely: |
| 1. „Асетс Мениджмънт" ЕАД, ЕИК 203942591, със седалище и адрес на управление: гр.. София, ул. „Славянска" № 5, ет.3, представлявано от Изпълнителния директор Спас Тошев Шопов, ЕГН 7412024069 | 1. „Assets Management" EAD, UIC 203942591 having its seat and registered address at Sofia, 5 Slavyanska Str., fl.3, represented by its manager Spas Toshev Shopov, PIN 7412024069 |
| 2. Фондация „Александреа" ЕИК 176731261, фондация в частна полза, рег. със съд.реш. на Врачански окръжен съд по ф.д. №21/2014 г., със седалище и адрес на управление: гр. Враца, ул."Лукашов" № 10, офис 505, представлявана от управителя Станислав Горанов Георгиев ЕГН 6504234006 | 2. Foundation Alexandrea, UIC 176731261, a private foundation, registered by court decision of Vratza Regional Court under court file N 21/2014, having its seat and registered address at Vratza, 10 Lukashov Str., office 505,., represented by its manager Stanislav Goranov Georgiev, PIN 6504234006 |
| 3. Скайларк Кепитъл Лтд., Чуждестранно юридическо лице, държава: ВЕЛИКОБРИТАНИЯ, дружествен номер 5391006, със седалище и адрес на управление: Лондон N2 0UX, 10 Дънстън Клоуз, представлявано от пълномощника си Евгений Иванов Орашъков, ЕГН 7510125644. | 3. Skylark Capital Ltd, a company incorporated under the law of the United Kingdom, with its company number: 5391006, and with its seat and registered office in the United Kingdom, London N 2 0UX, 10 Dunstan close, represented by its proxy Evgeniy Ivanov Orashakov, PIN 7510125644. |
| 4. „Ема Капитал" ЕООД, регистрирано под ЕИК: 202633152, със седалище и адрес на управление: гр. София, ул. Славянска № 13, представлявано от Валентина Йорданова Димитрова, ЕГН 8911134014. | 4. "EMA Capital" EOOD, UIC: 202633152, having its seat in Sofia and address of management at 13 Slavyanska Str., represented by Valentina Yordanova Dimitrova, PIN 8911134014. |
| 5. „Корпорейт Секретарис" ЕООД, ЕИК 201499280, със седалище и адрес на управление: гр. София, ул. „Княз | 5. „Corporate Secretaries" EOOD, UIC 201499280, having its seat and registered address at Sofia, 4 Kniaz Alexander I Str., fl.6, represented by its manager Liliya |

Протокол от решения на Общото събрание на съдружниците на „АГРО САНТИНО" ООД/
Minutes from resolutions of the General Meeting of the shareholders of AGRO SANTINO LTD.

September 18, 2017

Александър I" 4, ет. 6, представлявано от управителя си Лилия Махмуд Абдула, ЕГН 7403014670.

6. „Георгиев, Тодоров и Ко" ЕАД, регистрирано под ЕИК: 121718812, със седалище и адрес на управление: гр. София, ж.к. Овча Купел 1, блок 512, вх. Б, представлявано от изпълнителния си директор „Риана" ЕООД, действащо чрез Венка Цветанова Сандулова с ЕГН: 7401144057.

7. Марифонс Холдинс Лтд, Чуждестранно юридическо лице, държава: Кипър, с рег.номер: HE311763, със седалище и адрес на управление: Никозия Пердика 7, Строволос 2057, представлявано от директора Любомир Михайлов Минчев с ЕГН 7305104681.

8. „Витек" ЕООД, ЕИК 130452197, със седалище и адрес на управление: гр. София, район Младост, ж.к. Младост 1, бл. 31, вх.1, ет.4, ап.7, представлявано от управителя си Мими Костадинова Видинлиева – Дикова.

9. Даниел Георгиев Александров, ЕГН 7304296424, притежаващ л.к. 645638818, изд. на 07.01.2015 г. от МВР-София.

10. Нели Пенчева Запрянова, ЕГН 7801142378, притежаваща л.к.№ 644781129 издадена на 05.08.2013 г. от МВР – София, чрез пълномощника си Даниел Георгиев Александров, ЕГН 7304296424.

11. „Вец Хубавене" АД, ЕИК 175293874, със седалище и адрес на управление: гр. София, ул. „Славянска" № 13, представлявано от изпълнителния директор Иво Тодоров Димитров, ЕГН 7110184149

12. „Е ТРЪСТ МЕНИДЖМЪНТ" ЕАД, ЕИК 202604229, седалище и адрес на управление: гр. София, 1000, район Триадица, ул. Петър Парчевич № 27, представлявано заедно от членовете на Съвета на директорите – Милена Петрова Стоянова, ЕГН 7912046997 и Веселин Тодоров Тодоров, ЕГН 6505316705.

Mahmud Abdula, PIN 7403014670.

6. "Georgiev, Todorov & Co" EAD, a UIC: 121718812, with its seat and registered address at Sofia, Ovcha Kupel 1, bl.512, vh.B, represented by its Managing director "Riana" EOOD, through Venka Tsvetanova Sandulova, PIN: 7401144057.

7. Marifons Holdings limited, a company incorporated under the law of Republic of Cyprus, with its company number: HE311763, and with its seat and registered office at Cyprus, Nicosia Perdika 7, represented by its its Director Lubomir Mihailov Minchev ID 7305104681.

8. „Vitek" EOOD, UIC 130452197, having its seat and registered address at Sofia, Mladost District, Mladost 1 residential quarter, bl 31, entrance 1, fl. 4, apt. 7, represented by its manager Mimi Kostadinova Vidinlieva – Dikova.

9. Daniel Georgiev Alexandrov, PIN: 7304296424, holder of indentity card №645638818, issued on 07.01.2015 by the Ministry of Interior – Sofia.

10. Neli Pencheva Zaprianova, PIN: 7801142378, holder of indentity card № 644781129, issued on 05.08.2013 by the Ministry of Interior – Sofia, represented by its proxy Daniel Georgiev Alexandrov, PIN: 7304296424.

11. Vets Hubavene AD, a UIC: 175293874, with its seat and registered address 13 Slavyanska Str., represented by its Managing director Ivo Todorov Dimitrov, PIN: 7110184149

12. „E TRUST MANAGMENT" EAD, a UIC: 202604229, with its seat and registered address at Sofia 1000, region Triaditca, Petar Parchevich Str. N 27, represented jointly by the members of the Board of directors- Milena Petrova Stoyanova, PIN 7912046997and Vesselin Todorov Todorov PIN: 6505316705.

Протокол от решения на Общото събрание на съдружниците на „АГРО САНТИНО" ООД/
Minutes from resolutions of the General Meeting of the shareholders of AGRO SANTINO LTD.

September 18, 2017

| Приеха следните решения: | Resolved the following decisions: |
|---|---|
| Общото събрание реши: | The General Meeting decided: |
| 1. Одобрява се откриване на сметка при професионална финансова институция за операции на международния зърнен борсов пазар (INTL FCStone, Inc.) с цел хеджиране цените на произвежданата от компанията продукция.<br>2. Търговията с деривативи се разрешава само за хеджиране на физическите позиции на произвежданата продукция.<br>3. Управителите Станислав Горанов Георгиев и Младен Красимиров Антонов се упълномощават да подпишат необходимите документи за откриване на сметката и да прилагат консервативни хеджинг стратегии с грижата на добър стопанин, при полагане на дължимата грижа за защита на правата и интересите на съдружниците. | 1. The shareholders approve the opening of an account with a professional grain trading financial services institution (INTL FCStone, Inc.) giving access to the international commodity market in order to hedge the prices for sale of own production.<br>2. Derivatives trading is allowed only to hedge physical own production long positions.<br>3. The Executives Stanislav Goranov Georgiev and Mladen Krasimirov Antonov are authorized to sign the respective account opening papers. They shall adopt conservative hedging strategies acting with due care of the company's interests and due care in protecting the rights and the interests of the shareholders. |
| Настоящият протокол е изготвен на английски и на български език в няколко еднообразни екземпляра, подписани от всеки един от съдружниците, всеки от които оригинал. Всички те съставляват един и същ документ -протокол от заседание на съдружниците в „Агро Сантино" ООД. В случай на противоречие между българския и английски вариант, приоритет ще име текстът на български език. | These minutes are prepared in English and in Bulgarian language in several identical copies, signed by each of the shareholders at "Agro Santino" OOD, each of which shall be deemed an original, but all of which together shall constitute one and the same document. In case of any discrepancies between the Bulgarian and the English version, the Bulgarian version shall prevail. |

### СЪДРУЖНИЦИ / SHAREHOLDERS:

1. „Асетс Мениджмънт" ЕАД / „Asset Management" EAD

2. „Фондация „Александреа"/ Foundation Alexandrea

3. Скайларк Кепитъл Лтд/: Skylark Capital Ltd:

3

Протокол от решения на Общото събрание на съдружниците на „АГРО САНТИНО" ООД/
Minutes from resolutions of the General Meeting of the shareholders of AGRO SANTINO LTD.

September 18, 2017

4. „Ема Капитал" ЕООД / "EMA Capital" EOOD

5. „Корпорейт Секретарис" ЕООД / „Corporate Secretaries" EOOD

6. „Георгиев, Тодоров и Ко" ЕАД/ "Georgiev, Todorov & Co" EAD:

7. Марифонс Холдинс Лтд/ Marifons Holdings limited:

8. „Витек" ЕООД /„Vitek" EOOD

9. Даниел Георгиев Александров / Daniel Georgiev Alexandrov

10. Нели Пенчева Запрянова/ Neli Pencheva Zaprianova

11. „Вец Хубавене" АД/ Vets Hubavene AD

12. „Е ТРЪСТ МЕНИДЖМЪНТ" ЕАД/ „E TRUST MANAGMENT" EAD