# Exhibit 6



**SOFCONSULT**

SOFCONSULT-1 LTD.
TRANSLATION AGENCY;
40 IVAN VAZOV STR., 1000 SOFIA, BULGARIA
TEL. /+359 2/ 981 71 82; 0888 865 240

---

*Translation from Bulgarian:*

From: Svetlana Terzieva <Svetlana.Terzieva@intlfcstone.com>
Sent: Friday, December 8, 2017 r. 14:19 p.m.
To: Stanislav <stanislav@3artfood.bg>

Subject: Re: Hedging Plan

Agreed ☺

Best regards,
Svetlana

From: Stanislav [mailto:Stanislav@3artfood.bg]
Sent: December 2017   12:17
To: Svetlana Terzieva
Subject: Re: Hedging Plan

This is the framework, Svetla.
We keep up with the market and decide.
Best,
Stan

Sent from my Samsung Galaxy smartphone


----------------Original message ---------

From: Svetlana Terzieva <Svetlana.Terzieva@intlfcstone.com>
Date 12/8/17   14:03  (GMT+02:00)
To: Stanislav <stanislav@3artfood.bg>
Subject:  Hedging Plan

Hi,
I wanted to summarize our conversation and the hedging plan we discussed yesterday.




Below are the main points:

| Crop | whole quantity (mt) | whole quantity (lots) | hedge quantity | hedge market | hedging instruments |
|---|---|---|---|---|---|
| Wheat | 27,000 | 540 Matif / 213 CME | Depending on the market: 70-100% of total exposure | Matif and/or CME | Swaps and strategies for diversification |
| Corn | 18,000 | 142 lots | 70-100% of total exposure | CME | Swaps and strategies |
| Rapeseed | 3,000 | 60 lots | 70-100% of total exposure | Matif | Swaps and strategies |
| Sunflower | 13,000 | 260 lots Matif Rapeseed and/or 96 lots soya | 70-100% of total exposure | Matif and/or CME | Swaps and strategies |

Please, let me know if I have missed something or something is not clear!

Best regards,

Svetlana

OTC Commodities and Structured Products

INTL FCStone Limited
NASDAQ ("INTL")
Moor House, 1st Floor, 120 London Wall, London EC2Y 5ET
+ 44(0)2035806147
Svetlana.terzieva@intlfcstone.com          www.INTLFCStone.com

Registered in England & Wales. Company Number: 515586

INTL FCStone Ltd. is authorized and regulated by the Financial Conduct Authority

INTL FCStone Ltd. is certified by the BSI to ISO/IEC 27001:2013

This data and these comments are provided for information purposes only. Neither the information, nor any representation shall be construed as investment advice or an offer to buy or sell futures, options on futures, or any OTC products. Trading in financial instruments and/or commodities is risky and INTL FCStone Inc., its affiliates and subsidiaries assume no liability for the use of any information contained herein. Past financial results are not necessarily indicative of future performance. Although all information is believed to be reliable, we cannot guarantee its accuracy and

2

completeness or that it will achieve any particular result. The information in this e-mail message is confidential and may also be privileged. It is only intended for the above named addressee/s. If you are not a named addressee, you must not disclose, copy or take any action in reliance on this e-mail and should delete it from your system. If you have received this e-mail in error, please, contact the sender by return e-mail.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please, visit http://www.mimecast.com.

This data and these comments are provided for information purposes only. Neither the information, nor any representation shall be construed as investment advice or an offer to buy or sell futures, options on futures, or any OTC products. Trading in financial instruments and/or commodities is risky and INTL FCStone Inc., its affiliates and subsidiaries assume no liability for the use of any information contained herein. Past financial results are not necessarily indicative of future performance. Although all information is believed to be reliable, we cannot guarantee its accuracy and completeness or that it will achieve any particular result. The information in this e-mail message is confidential and may also be privileged. It is only intended for the above named addressee/s. If you are not named addressee, you must not disclose, copy or take any action in reliance on this e-mail and should delete it from your system. If you have received this e-mail in error, please, contact the sender by return r-mail.

This e-mail has been scanned for email related threats and delivered safely by Mimecast.
For more information, please, visit http://www.mimecast.com.

*The undersigned Margarita Angelova Stefanova, certify the fidelity of the translation from Bulgarian in English of the attached document. Translation is of 3 pages.*
*Translator: Angelova Stefanova*

От: Светлана Терзиева <Svetlana.Terzieva@intlfcstone.com>
Изпратено на: петък, 8 декември 2017 г. 14:19 ч.
До: Станислав <stanislav@3artfood.bg>
Относно: Отговор: План за хеджиране

Уговорихме се ☺

Поздрави,
Светлана

От: Станислав [mailto:Stanislav@3artfood.bg]
Изпратено на: 08 декември 2017 г. 12:17 ч.
До: Светлана Терзиева
Относно: Отговор: План за хеджиране

Това е рамката, Светла.
Следим пазара и решаваме.
Поздрави
Стан

Изпратено от моя смартфон Samsung Galaxy

----------------Оригинално съобщение ---------
От: Светлана Терзиева <Svetlana.Terzieva@intlfcstone.com>
Дата 12/8/17   14:03  (GMT+02:00)
До: Станислав <stanislav@3artfood.bg>
Относно:  План за хеджиране

Здравей,
Исках да обобщя разговора ни и планът за хеджиране, който обсъдихме онзи ден.

Основни точки по-долу:

| Култура | Цяло количество (мт) | Цяло количество (лотове) | Хедж количество | Хедж пазар | Хедж инструменти |
|---|---|---|---|---|---|
| Пшеница | 27,000 | 540 матиф / 213 CME | В зависимост от пазара: 70-100% от общата експозиция | матиф и/или CME | Суапове и стратегии за диверсификация |
| Царевица | 18,000 | 142 лота | 70-100% от общата експозиция | CME | Суапове и стратегии |

1

| | | | | | |
|---|---|---|---|---|---|
| Рапица | 3,000 | 60 лота | 70-100% от общата експозиция | матиф | Суапове и стратегии |
| Слънчоглед | 13,000 | 260 лота матиф рапица и/или 96 лота соя | 70-100% от общата експозиция | матиф или CME | Суапове и стратегии |

Моля кажи ако съм изпуснала нещо или нещо е неясно!

Поздрави,
Светлана

Извънборсови стоки и структурирани продукти

INTL FCStone Limited
NASDAQ ("INTL")
Moor House, 1st Floor, 120 London Wall, London EC2Y 5ET
+ 44(0) 203 580 6147
Svetlana. terzieva@intlfcstone.com          www.INTLFCStone.com

Вписани в Англия и Уелс. Дружество номер: 515586

INTL FCStone Ltd. е с правомощия, дадени от и под регулаторния надзор на Управление „Финансов надзор"
INTL FCStone Ltd. е сертифицирано от Британския институт за стандартизация (BSI) по ISO/IEC 27001:2013

Тези данни и коментари се предоставят само за информационни цели. Нито информацията, нито която и да е декларация, се тълкува като инвестиционен съвет или предложение за покупка или продажба на фючърси, опции върху фючърси или каквито и да е извънборсови продукти. Търговията с финансови инструменти и/или стоки е рискована и INTL FCStone Inc., неговите свързани лица и дъщерни дружества не поемат отговорност за използването на каквато и да е информация, съдържаща се в настоящето. Миналите финансови резултати не са задължително индикация за бъдещи резултати. Въпреки, че цялата информация се счита за надеждна, ние не можем да гарантираме точността и пълнотата й или че тя ще постигне някакъв конкретен резултат. Информацията в това електронно писмо е поверителна и може да е за привилегировани лица. Тя е предназначена само за горепосочения/те адресат/и. Ако не сте посочен адресат, не трябва да разгласявате, копирате или предприемате никакво действие, уповавайки се на това електронно писмо и следва да го изтриете от своята система. Ако сте получили това електронно писмо по погрешка, моля да се свържете с изпращача с обратно електронно писмо.

2

Това електронно писмо е сканирано за свързани с електронни писма заплахи и предадено безопасно от Mimecast.
За повече информация моля, посетете http://www.mimecast.com

Тези данни и коментари се предоставят само за информационни цели. Нито информацията, нито която и да е декларация, се тълкува като инвестиционен съвет или предложение за покупка или продажба на фючърси, опции върху фючърси или каквито и да е извънборсови продукти.
Търговията с финансови инструменти и/или стоки е рискована и INTL FCStone Inc., неговите свързани лица и дъщерни дружества не поемат отговорност за използването на каквато и да е информация, съдържаща се в настоящето. Миналите финансови резултати не са задължително индикация за бъдещи резултати. Въпреки, че цялата информация се счита за надеждна, ние не можем да гарантираме точността и пълнотата й или че тя ще постигне някакъв конкретен резултат.
Информацията в това електронно писмо е поверителна и може да е за привилегировани лица.
Тя е предназначена само за горепосочения/те адресат/и. Ако не сте посочен адресат, не трябва да разгласявате, копирате или предприемате никакво действие, уповавайки се на това електронно писмо и следва да го изтриете от своята система, Ако сте получили това електронно писмо по грешка, моля да се свържете с изпращача с обратно електронно писмо.

Това електронно писмо е сканирано за свързани с електронни писма заплахи и предадено безопасно от Mimecast.
За повече информация моля, посетете http://www.mimecast.com.

3