UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
INTL FCSTONE MARKETS, LLC,                                         :
:
                Plaintiff-Counterclaim Defendant, :     20-CV-2658 (JMF)
:
      -v-                                          :          ORDER
:
AGRO SANTINO OOD,                                                  :
:
                Defendant-Counterclaim Plaintiff. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Plaintiff's new motion for summary judgment *and* motion to dismiss the counterclaims, *see* ECF No. 34, Plaintiff's earlier motion filed at ECF No. 25 is hereby DENIED as moot. The briefing schedule adopted at ECF No. 33 remains in effect.

      The Clerk of Court is directed to terminate ECF No. 25.

      SO ORDERED.

Dated: January 19, 2021
       New York, New York
                                                          JESSE M. FURMAN
                                                    United States District Judge