# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

MARK J. HYLAND
(212) 574-1541
hyland@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 25, 2021

VIA ECF
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 110007

Re: *Intl FCStone Markets, LLC v. Agro Santino OOD*, 1:20-cv-02658

Dear Judge Furman:

We represent Defendant/Counterclaim Plaintiff Agro Santino OOD ("Agro Santino") in this action. Pursuant to Section 1.E of Your Honor's Individual Practices in Civil Cases, and in light of travel schedules that will have counsel for Agro away from New York until the week of August 2, 2021, Agro Santino respectfully moves this Court for an adjournment of the initial pretrial conference presently scheduled for July 15, 2021 at 4:15 p.m., and requests that the conference be rescheduled for the week of August 2nd or a date thereafter that is convenient for the Court. We have conferred with counsel for Plaintiff/Counterclaim Defendant Intl FCStone Markets, LLC, who consents to this request.

Respectfully submitted,

 s/ Mark. J. Hyland
Mark J. Hyland
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
Hyland@sewkis.com

cc: Jeffery D. Rotenberg, Esq., *Counsel for Plaintiff/Counterclaim Defendant Intl FCStone Markets, LLC* (by email to jeffrey.rotenberg@dlapiper.com)

Application DENIED without prejudice to renewal if counsel's travel prevents him from participating in a telephone conference. In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by **the Thursday prior to the conference,** as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

The Clerk of Court is directed to terminate ECF No. 45. SO ORDERED.

June 28, 2021

SK 29942 0002 8877420