UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

INTL FCSTONE MARKETS, LLC,            :

                        Plaintiff,                    :
                                                      :      20-CV-2658 (JMF)
          -v-                           :
                                                      :           <u>ORDER</u>

AGRO SANTINO OOD,                   :

                        Defendant.                :
                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Defendant has until **May 17, 2022**, to designate a new 30(b)(6) witness.  If a new witness is designated, a deposition must occur by **May 24, 2022**.
- Any motions for summary judgment, spoliation, and, in the event Defendant does not designate and make available for a deposition a new 30(b)(6) witness, preclusion, shall be filed by **June 2, 2022**.  The parties shall file consolidated briefs on all issues.  Any opposition shall be filed by **June 23, 2022**, and any reply shall be filed by **June 30, 2022**.

       SO ORDERED.

Dated: April 26, 2022
       New York, New York                              _____
                                                                               JESSE M. FURMAN
                                                                                United States District Judge