UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**INTL FCStone Markets, LLC,**

                            **Plaintiff,**                      20-CV-02658 (JMF)(SN)

        -against-                                      **ORDER**

**AGRO SANTINO OOD,**

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On April 26, 2022, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. By April 29, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences are generally be scheduled at least four to six weeks in advance, but the parties should also submit the earliest dates convenient to both parties.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     April 27, 2022
                 New York, New York