**Scoolidge, Peters, Russotti & Fox, LLP**

**Peter Fox**
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
pfox@sprfllp.com

June 22, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:  *INTL FCStone Markets LLC v. Agro Santino OOD*, No. 20-cv-02658

Dear Judge Furman:

    We represent the defendant/counterclaim plaintiff, Agro Santino ODD ("Agro") in the above-captioned action, and write with the consent of counsel to INTL FCStone Markets LLC on behalf of both parties to this action to notify the Court that today, June 22, 2022, the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the chapter 15 case, *In re Agro Santino OOD*, No. 22-10756 (JLG), granted a motion for provisional relief pending recognition of a foreign main proceeding pursuant to 11 U.S.C. §§ 1519, 105(a), and 362.

    Ruling from the bench, the Hon. Judge James L. Garrity, Jr. ordered that all U.S. litigation – and specifically this action – against Agro be immediately stayed, pending a decision on a petition for recognition of a foreign main proceeding filed by the foreign representative of Ago.  A hearing on that petition is currently scheduled for July 14, 2022.

    We expect a written order from the Bankruptcy Court to follow shortly and are disposed to file such order with Court when it becomes available should the Court so desire.

                                Respectfully submitted,

cc:  All counsel of record via ECF