UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
INTL FCSTONE MARKETS, LLC,                                              :
                                                                        :
                                Plaintiff,            :            20-CV-2658 (JMF)
                                                                        :
        -v-                                                             :                 ORDER
                                                                        :
AGRO SANTINO OOD,                                                       :
                                Defendant.            :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In view of the provisional stay entered by the Bankruptcy Court pursuant to 11 U.S.C. § 1519, *see* ECF No. 100, the above-titled action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the stay as applied to this action. Plaintiff's motion for summary judgment, ECF No. 92, is denied without prejudice to renewal if the case is reopened. The Clerk of Court is directed to terminate ECF No. 92 and close this case.

       SO ORDERED.

Dated: July 15, 2022
       New York, New York                                              _____
                                                                                             JESSE M. FURMAN
                                                                                            United States District Judge