**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**VIA ECF**
April 19, 2023

Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *INTL FCStone Markets, LLC v. Agro Santino OOD*
      (1:20-cv-02658)(JMF)(SN) – Withdrawal of Caroline Fish

Dear Judge Furman:

I respectfully request permission to withdraw as counsel for Plaintiff INTL FCStone Markets, LLC in the above-referenced case, as I am no longer an associate at the firm DLA Piper LLP.

INTL FCStone Markets, LLC will continued to be represented in this case by the law firm DLA Piper LLP, and my withdrawal will have no material effect on the schedule in this matter or cause prejudice to any party.

In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for INTL FCStone Markets, LLC and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

/s/ *Caroline Fish*
Caroline Fish

cc: All Counsel of Record (via CM/ECF)